| Date | Pleading Number | |
|---|---|---|
| 7/3/75 | 1. | MOTION & SUPPORTING BRIEF -- of Lockheed Aircraft Corp. -- for transfer of four actions to N.D. Ga. for Section 1407 treatment ; supporting affidavit ; tables of contents & citations; Schedule A and service list |
| | | REQUESTED TRANSFEREE FORUM: N.D. Georgia |
| 7/10/75 | | HEARING ORDER -- Amending July 3, 1975 to include A-1 through A-4 for hearing July 25, 1975, in Minneapolis, Minn. |
| 7/15/75 | | APPEARANCES -- Lockheed Aircraft Corp.; Pltf.Marcella P. Kaufman, etc.; Pltf. Richard H. Jones, etc.; and Pltf. American Nat'l Bank & Trust Co. of Chicago, etc. |
| 7/18/75 | 2 | RESPONSE -- MARCELLA P. KAUFMAN w/cert. of service |
| 7/18/75 | 3 | AMENDED MOTION -- Lockheed Aircraft Corp. to add Garnett E. Bell, et al. v. Lockheed Aircraft corp., C.D.Calif., CV75-2289-JWC |
| 7/28/75 | 4 | RESPONSE -- Richard Jones w/cert. of service |
| 7/21/75 | 5 | RESPONSE -- Marcella P. Kaufman w/cert.of service |
| 7/22/75 | 6 | RESPONSE -- AMERICAN NATIONAL BANK AND TRUST w/cert. of service |
| 7/24/75 | | APPEARANCE -- James J. McCarthy for Garnett E. Bell |
| 7/24/75 | | LETTER REQUEST TO APPEAR AT HEARING WITHOUT FILING RESPONSE (Rule 13(c)) From Counsel for Garnett E. Bell. |
| 7/31/75 | 7 | REPLY BRIEF -- LOCKHEED AIRCRAFT CORP. w/cert. of service |
| 8/6/75 | 8 | AFFIDAVIT -- Carl E. Kasten for Marcella P. Kaufman w/cert. of service |
| 8/8/75 | 9 | AFFIDAVIT --RICHARD H. JONES on behalf of 76 decedents |
| 11/5/75 | | CONSENT OF TRANSFEREE COURT FOR JUDGE WILLIAM B. JONES TO HANDLE LITIGATION IN THE DISTRICT OF COLUMBIA |
| 11/5/75 | | OPINION AND ORDER -- transferring A-1 through B-1 to the District of Columbia for assignment to Judge William B. Jones under 28 U.S.C. §1407 |
| 11/14/75 | | Vicki Lynn Curtiss, etc. v. Lockheed Aircraft Corp., C.D.Cal., CV75-3373 Claudia Graham v. Lockheed Aircraft Corp., C.D. Cal, CV75-2534-JWC Darwin E. Maier, etc. v. Lockheed Aircraft Corp., C-75-238 CTO filed today. Notified counsel, involved judges |
| 11/26/75 | | LEROY E. POLGREAN, ETC. V. LOCKHEED AIRCRAFT CORP., N.D.CAL, C75-2397-RHS CTO filed today. Notified counsel, involved judgs |
| 12/1/75 | | MAIER V. LOCKHEED, E.D.WASH, C-75-238 CURTISS V. LOCKHEED, C.D.CAL., CV75-3373-MML GRAHAM V. LOCKHEED, C.D.CAL, CV75-2534-JWC CTOS final today. Notified counsel, involved judges. |
| 12/2/75 | | POLGREAN, ETC. V. LOCKHEED, N.D.CAL, C75-2397-RHS ORDER -- Extending Automatic 15 day stay on Nov. 26, CTO. Notified counsel |
| 12/10/75 | | CASTRO, ETC. V. LOCKHEED, N. D. CALIF., C75-2576 CTO filed today. Notified counsel, involved judges |
| 12/11/75 | | BONNIE B. KING V. LOCKHEED AIRCRAFT CORP. C.D. CAL. CV75-4073 AAH CTO filed today. notified counsle, involved judges. |
| 12/13/75 | | POLGREAN, ETC. V. LOCKHEED AIRCRAFT CORP., C.D.CAL, CV75-4073-AAH NOTICE OF OPPOSITION -- Filed by plaintiff POLGREAN CONDITIONAL TRANSFER ORDER AUTOMATICALLY STAYED. Notified counsel involved judges |
| 12/18/75 | | MARIANNA S. CASTRO, ETC. V. LOCKHEED AIRCRAFT CORP., ET AL., N.D. CAL., C75-2576-OJC PLAINTIFF'S NOTICE OF OPPOSITION -- Notified counsel, involved judges. |
| 12/22/75 | 10 | MOTION AND BREIF -- behalf of PLAINTIFF POLGREAN w/cert. of service |
| 12/23/75 | 11 | RESPONSE -- Re Polgrean CTO -- Lockheed Aircraft Corp. w/cert of service |

2

| Date | Pleading Number | |
|---|---|---|
| 12/23/75 | | KINSEY, ETC. V. LOCKHEED, E.D.WASH, C-75-283 |
| | | BLANK, ETC. V. LOCKHEED, E.D. VA., 75-868A |
| | | CROUCH, ET AL. V. LOCKHEED, CV75-4144, C.D. Calif. |
| | | BELL V. U. S. AIR FORCE, C.D. Calif., CV75-2755-RF |
| | | KAUFMAN V. JOHN L. MCLUCAS, S.D.ILL, 75-0137 |
| | | CTO filed today. Notified counsel, involved judges |
| 12/29/75 | | BONNIE B. KING V. LOCKHEED AIRCRAFT CORP. C.D. CAL. CV75-4073 AAH |
| | | CTO final today. Notified Clerks, involved judges. |
| 12/30/75 | | HEARING ORDER -- SETTING C-4 Polgrean and C-5 Castro plaintiffs oppositions FOR HEARING, JAN. 23, 1976 WASH., D.C. |
| 12/31/75 | 12 | MOTIONX POINTS OF AUTHORITIES FOR MOTION (Response No. 10) on behalf of plaintiff POLGREAN |
| 12/31/75 | 13 | MOTION -- BRIEF to VACATE CTO -- Plaintiff CASTRO w/cert. of service |
| 1/5/75 | 14 | RESPONSE -- LOCKHEED AIRCRAFT CORP. w/cert. of service |
| 1/7/76 | | THOMAS E. KINSEY, ETC. V. LOCKHEED AIRCRAFT CORP., E.D.WASH, C-75-283 |
| | | SVEN NICOLAI BLANK, ETC. V. LOCKHEED AIRCRAFT CORP., E.D. VA, CV75-868A |
| | | OSCAR COUCH ET AL. V. LOCKHEED, C.D.CAL, CV75-4144-WMB |
| | | GARNETT E. BELL V. U. S. AIR FORCE, C.D.CAL, CV75-2755-RF |
| | | MARCELLA P. KAUFMAN V. JOHN L. MCLUCAS, S.D.ILL, S-Civ-75-0137 |
| | | CTOs final today. Notified transferee clerk, transferor clerks involved judges |
| 1/7/76 | | APPEARANCE -- STEPHEN A. SMITH for MARIANNA S. CASTRO |
| 1/21/76 | | REQUEST TO VACATE HEARING IN POLGREAN ACTION -- Because it is settled and will soon be dismissed and CASTRO -- because motion to remand is set in N.D. Calif. on Feb. 20, 1976 from Counsel for LOCKHEED. |
| 1/21/76 | | ORDER VACATING HEARING IN POLGREAN AND CASTRO -- Notified counsel and involved judges. |
| 1/29/76 | | HINDMAN, etc. v. Lockheed, C.D. Calif., 76-229-DWW |
| | | JOHNSON, etc. v. Lockheed, C.D. Calif, 76-230-WMB |
| | | WILLIS, etc. v. Lockheed, C.D. Calif, 76-231-F |
| | | STIPULATION FOR TRANSFER OF ACTIONS FROM ALL PARTIES |
| | | TRANSFER ORDER -- TRANSfering actions to the D. D.C. under 28 U.S.C. §1407 -- Notified counsel, involved judges, Clerks |
| 2/5/76 | | ~~howard c. perkins v. lockheed, et al., n~~ |
| 2/5/76 | | HOWARD C. PERKINS V. LOCKHEED, ET AL., N.D.CALIF., C75-2776-GBH |
| | | CTO filed today. Notified counsel, involved judges |
| 2/17/76 | | NOTICE OF OPPOSITION -- PLAINTIFF PERKINS-- CTO stayed Notified counsel |
| 3/16/76 | | JUDITH GORE, ad litem. v. LOCKHEED AIRCRAFT CORP. ET AL. C.D. Cal. 76-197 |
| | | CTO FINAL TODAY. NOTIFIED CLERKS, INVOLVED JUDGES |

*3*

| Date | Pleading Number | |
|---|---|---|
| 3/1/76 | | CENTRAL DISTRICT OF CALIFORNIA, CIVIL ACTION NO:CV76-197-JWC<br>CTO MAILED TODAY, SENT TO COUNSEL AND JUDGES INVOLVED<br>Judith Gore, ad litem. v. Lockheed Aircraft Corp., et al.<br>C.D. California, Civil Action No. CV76-197-JWC |
| 3/2/76 | | HOWARD C. PERKINS LETTER FROM COUNSEL (F. Dennis Halsey) stating Perkins action is settled and awaiting dismissal. |
| 3/2/76 | | ORDER -- Staying PERKINS CTO. Notified counsel, involved judges. |
| 4/12/76 | | MAURICE GASPER AND MRS. MAURICE GASPER V. LOCKHEED AIRCRAFT CORP. et al C.D. Calif. CV-76-1003JWC<br>CTO filed today. notified involved counsel and judges. |
| 4/27/76 | | MAURICE GASPER AND MRS. MAURICE GASPER V. LOCKHEED AIRCRAFT CORP ET AL. C.D. CALIF. CV-76-1003-JWC<br>CTO final today. notified involved clerks and judges |
| 5/3/76 | | KENNETH L. DONELSON, ETC.V. LOCKHEED AIRCRAFT CORP.<br>W.D. Texas A76-CA-60<br>MARY WATKINS, ETC. LOCKHEED AIRCRAFT CORP. N.D. ILL 76C1362<br>LOIS MIDDLEBROOK, ETC. V. LOCKHEED N.D. ILL. 76-C1526<br>CTO FILED TODAY. Notified involved judges and counsel |
| 5/18/76 | | KENNETH L. DONELSON ETC. V. LOCKHEED AIRCRAFT CORP. W.D. Tex. A76-Ca-60<br>MARY WATKINS, ETC. V. LOCKHEED AIRCRAFT CORP. N.D. ILL. 76C1362<br>LOIS MIDDLE BROOK, ETC. V. LOCKHEED AIRCRAFT N.D. ILL. 76-C1526<br>CTO final today. notified involved clerks and judges |
| 6/8/76 | | (C-22) ANGELO A. DINARDI, ETC. V. LOCKHEED AIRCRAFT CORP., N.D.N.Y., C.A. 76 CV 144 -- CTO filed today. Notified counsel involved judges |
| 6/24/76 | | (C-22) ANGELO A. DINARDI, ETC. V. LOCKHEED AIRCRAFT CORP., N.D.N.Y. C.A. 76 CV 144 CTO final today. Notified clerks, involved judges |
| 7/19/76 | | (C-23) THELMA L. THOMPSON V. LOCKHEED AIRCRAFT CORP. N.D. CAL. C76-424CBR<br>CTO filed today. Notified involved counsel and judges |
| 7/21/76 | | THELMA L. THOMPSON V. LOCKHEED ARICRAFT CORP. N.D. CAL. 76-424<br>NOTICE OF OPPOSITION filed by F. Dennis Halsey, Conditional Transfer order Automatically stayed. Notified involved counsel and judges |
| 8/11/76 | | C-24 Pereita v. Lockheed, S.D.N.Y., 76 Civ. 3030<br>C-25 Ziegenbein v. Lockheed, S.D.N.Y. 76-civ 3031<br>CTO filed today. Notified counsel, involved judges |
| 8/20/76 | | C-23 THELMA L. THOMPSON V. LOCKHEED AIRCRAFT CORP., N.D.CAL C76-424-CBR<br>ORDER -- Lifting stay of July 19, 1976 CTO and transferring action to D.D.C. under 28 U.S.C. §1407 Notified involved clerks, involved judges and counsel |
| 8/26/76 | | (C-26) CASTRO V. LOCKHEED, N.D. Calif., C76-1634 SAW<br>CTO filed today. Notified counsel |
| 8/30/76 | | (C-24) PEREITA V. LOCKHEED, S.D.N.Y., 76 Civ. 3030<br>C-25) ZIEGENBEIN V. LOCKHEED, S.D.N.Y., 76 Civ. 3031<br>CTOs final today. Notified clerks, involved judges |
| 9/10/76 | 15 | (C-26) CASTRO V. LOCKHEED, N.D.CAL. C76-1634-SAW<br>MOTION AND BRIEF TO VACATE CTO |
| 9/24/76 | 16 | C-26 CASTRO V. LOCKHEED, N.D.CAL., C76-1634-SAW -- DEFENDANT LOCKHEED RESPONSE TO MOTION TO VACATE w/cert. of service |
| 10/4/76 | | C-27 CONSTANCE CREEL THOMPSON, ETC. V. LOCKHEED AIRCRAFT CORP., S.D.FLA CA NO. 76-1586-Civ-JE -- CTO filed today. Notified Counsel and involved judges |
| 10/5/76 | | HEARING ORDER -- Setting C-27 Thompson v. Lockheed, S.D.Fla., C.A. No. 76-1586 Civ JE for hearing 10/29/76 Wash., D.C. |

# 4

| Date | Pleading Number | |
|---|---|---|
| 10/15/76 | | C-4 POLGREAN V. LOCKHEED, N.D.CAL, C75-2397 |
| | | C-5 CASTRO V. LOCKHEED, N.D.Cal, C76-2576 |
| | | C-15 PERKINS V. LOCKHEED, N.D.CAL, C76-2576 |
| | | ORDER VACATING CTO -- Actions ~~DISMISS~~ Terminated in N.D.Calif. |
| | | C-26 CASTRO V. LOCKHEED, N.D.CAL,. C76-1634 |
| | | ORDER VACATING CTO and VACATING 10/29/76 Hearing |
| | | NOTIFICATION SENT TO JUDGES AND COUNSEL |
| 10/20/76 | | C-27 THOMPSON, ETC. V. LOCKHEED AIRCRAFT CORP., S. D. FLORIDA, C.A. no. 76-1586 -- CTO final today. Notified Transferee Clerk and Involved judges |
| 2/23/77 | | C-28 Kavulia v. Lockheed Aircraft Corp., D. CO., C.A. No. 77-W-100 CONDITIONAL TRANSFER ORDER FILED TODAY. NOTIFIED INVOLVED COUNSEL AND INVOLVED JUDGES. |
| 3/11/77 | | ~~C-28 KAVULIA V. LOCKHEED, D. COLORADO, 77-#-100 CTO final today. Notified transferee clerk, judge, transferor clerk and judge~~ |
| 4/14/77 | | C-29 First Hawaiian Bank v. Lockheed Aircraft Corp., D. Hawaii, CA#76-0113 CONDITIONAL TRANSFER ORDER filed today. Notified involved counsel and judges. |
| 4/22/77 | | C-30 Audrey Doney da Cruz v. Lockheed Aircraft Corp.,S.D.N.Y., Civil Action No. 77Civ. 1562 |
| | | C-31 Ziegenbein v. Lockheed, S.D.N.Y., Civil Action No. 77Civ.1563 CONDITIONAL TRANSFER ORDER filed today. Notified involved counsel and judges. |
| 5/2/77 | | C-29 First Hawaiian Bank v. Lockheed Aircraft Corp., D. Hawaii, Civil Action No. 76-0113 CTO final today. Notified involved clerks and judges. |
| 5/9/77 | | C-30 Audrey Doney da Cruz v. Lockheed Aircraft Corp.,SD.New York, Civil Action No. 77Civ.1562 |
| | | C-31 Albert J. Ziegenbein v.Lockheed Aircraft Corp., S.D.N.Y.,Civil Action No. 77Civ.1563 CTO FINAL TODAY. Notified involved clerks and judges. |
| 11/3/77 | | ORDER -- REASSIGNING LITIGATION TO JUDGE LOUIS F. OBERDORFER, D. D.C., for pretrial proceedings pursuant to 28 U.S.C. §1407 -- NOTIFIED INVOLVED JUDGES, COUNSEL and CLERK |
| 2/28/78 | | C-32 Rohn Frank Drye, Jr., v. Lockheed Aircraft Corp., E.D. Arkansas, C.A. No. LR-C-78-23 CTO FILED TODAY. Notified involved counsel and judges. (emh) |
| 3/16/78 | | C-32 Rohn Frank Drye, Jr., v. Lockheed Aircraft Corp., E.D. Arkansas, C.A. No. LR-C-78-23 CTO FINAL TODAY. Notified involved Clerks & Judges (emh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 221 -- In re Air Crash Disaster Near Saigon, South Vietnam, on April 4, 1975

| Date | Ref. | Pleading Description |
|---|---|---|
| 11/21/78 | | C-33 Gmerek v. Lockheed Aircraft Corp., S.D. Miss., C.A. No. E78-0125(C) CONDITIONAL TRANSFER ORDER filed today. Notified involved counsel and judges. (ea) |
| 12/7/78 | | C-33 Gmerek v. Lockheed Aircraft Corp., S.D. Miss., C.A.No. E78-0125(C) CONDITIONAL TRANSFER ORDER FINAL TODAY. Notified involved clerks and judges. (ea) |
| 79/11/20 | 17 | MOTION TO REMAND -- A-1 Dillenseger, etc. v. Lockheed Aircraft Corp., D.D.C., C.A.No. 75-1846 (S.D.N.Y. 75Civ.3092); C-25 Ziegenbein, etc. v. Lockheed Aircraft Corp., D.D.C., C.A.No. 76-1675 (S.D.N.Y.,76-3031); C-30 da Cruz v. Lockheed Aircraft Corp., D.D.C.,C.A.No.77-0799 (S.D.N.Y. 77Civ.1562) -- AFFIDAVIT IN SUPPORT OF, MEMORANDUM, CERT. OF SVC., EXHIBITS --filed by plaintiffs Notified involved counsel. (ea) |
| 79/11/29 | 18 | RESPONSE -- Lockheed Aircraft Corp. -- w/cert. of serv.(cs) |
| 79/12/27 | | HEARING ORDER -- Setting Motions for Remand of A-1 (Dillenseger), C-25 (Ziegenbein), and C-30 (da Cruz) for January 31, 1980 hearing in Houston, Texas (cds) |
| ~~80/01/24~~ | | ~~HEARING APPEARANCES~~ (emh) |
| 80/01/25 | 19 | SUBMISSION REGARDING PLTFS. MOTIONS TO REMAND, CERT. OF SVC -- Pltfs'. Lead Counsel Committee. (ea) |
| 80/01/24 | | HEARING APPEARANCES -- Carroll E. Dubuc for Lockheed Aircraft Corp.; H. Johannes Galley, F. Lee Bailey and Aaron J. Broder for Dillenseger, Ziegenbein and da Cruz (emh) |
| 80/01/30 | | WAIVER OF ORAL ARGUMENT -- ALL PARTIES WAIVED ORAL ARGUMENT (emh) |
| 80/02/19 | | ORDER DEFERRING PANEL DECISION -- A-1 Dillenseger, C-30 da Cruz, and C-25 Ziegenbein -- pending final resolution of an appeal in D.C. Ct. of Appeals -- Notified involved counsel, judge and clerk (cds) |
| 80/06/03 | | REMAND ORDER -- remanding A-1 Dillenseger, etc. v. Lockheed D.D.C., C.A. No. 75-1846 (S.D.N.Y., C.A. No. 75-CIV-3092 C-25 Ziegenbein, etc. v. Lockheed, D.D.C., C.A. No. 76-1675 (S.D.N.Y., C.A. No. 76-CIV-3031), C-30 da Cruz v. Lockheed, D.D.C., C.A. No. 77-799 ( S.D.N.Y., C.A. No. 77-CIV-1562) -- Notified involved counsel, clerks and judge. (ds) |

Description of Litigation

## IN RE AIR CRASH DISASTER NEAR SAIGON, SOUTH VIETNAM, ON APRIL 4, 1975

Summary of Panel Action

Date(s) of Hearing(s) 7/25/75
Date(s) of Opinion(s) or Order(s) 11/5/75; 11/3/77
Consolidation Ordered XX   Name of Transferee Judge Louis F. Oberdorfer WILLIAM B. JONES   Misc. No. 75-0205
Consolidation Denied ____  Transferee District DISTRICT OF THE DISTRICT OF COLUMBIA

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Patricia Dillenseger, etc. v. Lockheed Aircraft Corp. | S.D.N.Y. | 75Civ.3092-CHT | 11/5/75 | 75-1846 | 6/3/80 R. | |
| A-2 | Richard H. Jones Pray, etc. v. Lockheed Aircraft Corp. | D.D.C. Jones | 75-0874 | | | Settled per telecon 5/28 | |
| A-3 | Marcella P. Kaufman, etc. v. Lockheed Aircraft Corp. | S.D.Ill. Wood | S-Civ-75-92 | 11/5/75 | 75-1844 | 8/7/78 | |
| A-4 | American National Bank & Trust Company of Chicago, etc. v. Lockheed Aircraft Corp. | N.D.Ill. Will | 75-C-2180 | 11/5/75 | 75-1845 | 1/5/78 | |
| B-1 | Garnett E. Bell, et al. v. Lockheed Aircraft Corp., et al. | C.D.Cal. | CV75 2289 JWC | 11/5/75 | 75-1847 | 3/9/79 | |
| C-1 | Claudia Graham, etc. v. Lockheed Aircraft Corp., et al. 11/14/75 | C.D.Cal | CV75-2531-JWC | 12/1/75 | 75-2014 2016 | 8/2/76 | |
| C-2 | Vicki Lynn Curtiss, etc. v. Lockheed Aircraft Corp. 11/4/75 | C.D.Cal | CV75-3373-MML | 12/1/75 | 75-2016 2014 | 1979 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-1 | Vincent C. Thomas, Jr., etc. v. Lockheed Aircraft Corp. | D.C. | 75-1831 | | | 5/23/83 | |
| XYZ-2 | J. Elwood Clements, Adm. v. Lockheed Aircraft Corp. | D.C. | 75-1970 | | | 1979 | |
| XYZ-3 | J. Elwood Clements, Adm. v. Lockheed Aircraft Corp. | D.C. | 75-1971 | | | 1979 | |
| XYZ-4 | J. Elwood Clements, Adm. v. Lockheed Aircraft Corp. | D.C. | 75-1972 | | | 1979 | |
| C-3 | Darwin E. Maier, etc. v. Lockheed Aircraft Corp. 11/14/75 | W.D.Wash | C-75-238 | 12/1/75 | 75-2015 | 1979 | |
| C-4 | Leroy ~~[Vacated 10/15/76]~~ v. Lockheed Aircraft Corp., et al. | N.D. Calif | C75-2397-RHS | | | | |
| C-5 | Marianna S. Castro, etc. v. ~~[Vacated 10/15/76]~~ Lockheed Aircraft Corp., et al. 11/26/75 Remanded 3/10/76 | N.D. Calif | | | | | |
| XYZ-5 | J. Elwood Clements, Adm. v. Lockheed Aircraft Corp. | DC | | | | 1979 | |
| XYZ-4 | J. Elwood Clements, Adm. v. Lockheed Aircraft Corp. | D.C. | 75-1973 | | | 1979 | |
| XYZ-5 | J. Elwood Clements, Adm. v. Lockheed Aircraft Corp. | D.C. | 75-1974 | | | 1979 | |
| XYZ-6 | J. Elwood Clements, Adm. v. Lockheed Aircraft Corp. | D.C. | 75-1975 | | | 1979 | |
| XYZ-7 | J. Elwood Clements, Adm. v. Lockheed Aircraft Corp. | D.C. | 75-1976 | | | 1979 | |
| XYZ-8 | J. Elwood Clements, Adm. v. Lockheed Aircraft Corp. | D.C. | 75-1977 | | | 1979 | |
| C-6 | Bonnie B. King v. Lockheed Aircraft Corp. 10/11/75 | C.D.Cal | CV75-4073-AAH 12/29/75 | | 75-2176 | 11/29/77 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-7 | THomas E. Kinsey, etc. v. Lockheed Aircraft Corp. 12/23 | E.D.Wash | C-75-283 | 1/7/76 | 76-0035 | 12/15/77 | |
| (C-8) | Sven Nicolai Blank, etc. v. Lockheed Aircraft Corp. 12/23 | E.D. Va. | 75-868A | 1/7/76 | 76-0034 | 4/4/85] | |
| C-9 | Oscar H. Crouch, et al. v. Lockheed Aircraft Corp. 12/23 | C.D.Cal | CV75-4144-WMB | 1/7/76 | 76-0038 | 11/22/78 | |
| C-10 | Garnett E. Bell v. U.S. Air Force 12/23 | C.D.Cal CURTISS | CV75-2755-X | 1/7/76 | 76-0037 | 7/20/79] | |
| C-11 | Marcella P. Kaufman v. John L. McLucas 12/23 | S.D.Ill | S-Civ-75-0137 | 1/7/76 | 76-0036 | 7/23/79] | |
| C-12 | Raymond H. Hindman, etc. v. Lockheed Aircraft Corp. | C.D.Calif | 76-229-DWW | 1/29/76 | 76-0183 | 8/7/78 | |
| C-13 | Marilyn C. Johnson, etc. v. Lockheed Aircraft Corp. | C.D. Calif | 76-230-WMB | 1/29/76 | 76-0184 | 8/2/76 | |
| C-14 | Doris M. Willis, etc. v. Lockheed Aircraft Corp. | C.D.Calif | 76-231-F | 1/29/76 | 76-0185 | 8/2/76 | |
| C-15 | Howard C. Perkins v. Lockheed Aircraft Corp., et al. 2/8/76 *vacated 4/15/76* | N.D. Cal | 75-2776-GBH | | | | |
| C-16 | Clarita Aguillon, et al. v. Lockheed Aircraft Corporation et al. *vacated 3/26/76* | N.D. Cal | C75-2735 | | | | |
| (C-17) | Judith Gore, ad litem. v. Lockheed Aircraft Corp., et al. 3/1/76 | C.D. Cal | CV76-197-JWC | 3/16/76 | 76-0446 | 7/24/84] | |
| XYZ-7 | Stephen A. Smith v. Dept. of Air Force | D.D.C. | CA76-0269 | | | 7/23/79] | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-18 | Maurice Gasper and Mrs. Maurice Gasper vs. Lockheed Aircraft Corp. et al. 4/12/76 | C.D.Calif | CV-76-1003JWC | 4/27/76 | 76-0742 | 10/13/76 | |
| C-19 | Kenneth L. Donelson, etc. v. Lockheed Aircraft Corp. 5/3/76 | W.D.Texas Roberts | A76-CA-60 | 5/18/76 | 76-0892 | 1/26/79 | |
| C-20 | Mary Watkins, etc. v. Lockheed Aircraft Corp. 5/3/76 | N.D.Ill Leighton | 76C1362 | 5/18/76 | 76-0893 | 1/5/78 | |
| C-21 | Lois Middlebrook, etc. v. Lockheed Aircraft Corp. 5/3/76 | N.D.Ill McMillen | 76C1526 | 5/18/76 | 76-0894 | 12/22/77 | |
| C-22 | Angelo A. Dinardi, etc. v. Lockheed Aircraft Co. 6/8/76 | N.D.N.Y. | 76CV144 | 6/24/76 | 76-1198 | 2/8/79 | |
| C-23 | Thelma L. Thompson v. Lockheed Aircraft Corp. 7/19/76 | N.D. Calif CBR | C76-424-CBR | 8/20/76 | 76-1568 | 4/14/77 | |
| C-24 | Mary L. Pereita etc., v. Lockheed Aircraft Corp. 8/11/76 | S.D. NY Motley | 76-3030 | 8/30/76 | 76-1674 | 6/3/80 | Remand |
| C-25 | Albert Ziegenbein etc., v. Lockheed Aircraft Corp. 8/11/76 | S.D.NY Motley | 76-3031 | 8/30/76 | 76-1675 | 6/3/80 | Remand |
| C-26 | Marianna Castro et al v. Lockheed Aircraft Corp., et al. 8/26/76 | ~~N.D.Cal~~ | ~~C76-1634-SW~~ | | | | |
| C-27 | Constance Creel Thompson, etc. v. Lockheed Aircraft Corp. 10/4/76 | S.D.Fla JE | 76-1586-Civ-JE | 10/20/76 | 76-1969 | 11/29/77 | |

DOCKET NO. 221 -- In re Air Crash Disaster Near Saigon, South Vietnam, On April 4, 1975 -- P. 5

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-28 | Franklin M. Kavulia v. Lockheed Aircraft Corporation | D.CO. Winner | 77-W-100 | 3/11/77 | 77-0431 | 6/19/78 | |
| C-29 | First Hawaiian Bank v. Lockheed Aircraft Corp. 4/14/77 | D. HI. | 76-0113 | 5/2/77 | 77-0757 | 11/7/77 | |
| C-30 | Audrey Doney da Cruz v. Lockheed Aircraft Corporation 4/22/77 | S.D.N.Y. Weinfeld | 77Civ.1562 | 5/9/77 | 77-0799 | | |
| C-31 | Albert J. Ziegenbein v. Lockheed Aircraft Corporation 4/22/77 | S.D.N.Y. Weinfeld | 77Civ.1563 | 5/9/77 | 77-0800 | | |
| XYZ-8 | Sgt. Phillip R. Wise v. Lockheed | D. D.C. | 76-0539 | | | 11/7/77 | |
| XYZ-9 | Friends for All Children, et al. v. Lockheed | D. D.C. | 76-0544 | | | 4/4/85 | |
| C-32 | Rohn Frank Drye, Jr., etc. v. Lockheed Aircraft Corp. 2/24/78 | E.D.AR. Shell | LR-C-78-23 | 3/16/78 | 78-0478 | 1979 | |
| C-33 | Gregory Gmerek v. Lockheed Aircraft Corp. 11/21/78 | S.D.Miss. Cox | E78-0125(c) | 12/7/78 | 78-2322 | 4/30/79 | |

Verified July 1977       30/14/44   XYZ

July 1978 - 31 TR / 14 XYZ / 45 Pdg

July 1979 - 32 TR / 14 XYZ / 46 Pdg

July 1980 - 32 TR / 14 XYZ / 26 Dis / 3 Rem / 17 Pdg

July 1981 - " " " / 1 Rem / 16 Pdg

July 1982 - same

July 1983 - 1 Reopen / 17 Pdg

July 1984 - 13 Dis / 4 Pdg

July 1985 - same

July 1986 - Docket closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 221 -- IN RE AIR CRASH DISASTER NEAR SAIGON, SOUTH VIETNAM,

ON APRIL 4, 1975

| | |
|---|---|
| PLAINTIFF'S LEAD/LIAISON COUNSEL<br>Carl E. Kasten, Esquire<br>Phelps, Russell, Carmody<br>  & Kasten<br>130 East Main Street<br>Carlinville, Illinois  60602<br><br>James J. McCarthy, Esquire<br>Magana & Cathcart<br>1801 Avenue of the Stars<br>Suite 810<br>Los Angeles, California  90067<br><br>VIETNAMESE ORPHANS &<br>  FOREIGN NATIONALS<br>Oren R. Lewis, Jr., Esquire<br>Lewis, Wilson, Cowles,<br>  Lewis & Jones<br>2043 N. 14th Street<br>Arlington, Virginia  22201<br><br>LOCKHEED AIRCRAFT CORP.<br>Carroll E. Dubuc, Esquire<br>Haight, Gardner, Poor & Havens<br>1819 H Street, N.W.<br>Washington, D. C.  20006<br><br>UNITED STATES OF AMERICA<br>Herbert Lyons, Esquire<br>Tort Section, Civil Division<br>Aviation Unit<br>Department of Justice<br>Washington, D. C.  20530<br><br>PLAINTIFFS LEAD LIAISON COUNSEL<br>Alan Cole, Esquire<br>1730 K Street, N.W.<br>Washington, D. C.  20006 | FRANKLIN M. KAVULIA (C-28)<br>Jeffrey R. Wheeler, Esq.<br>Melat and Wheeler<br>303 South Cascade Avenue<br>Colorado Springs, Colorado 80903<br><br>AUDREY DONEY DA CRUZ, (C-30)<br>ALBERT J. ZIEGENBEIN, (C-31)<br>F. Lee Bailey, Esq.<br>Aaron J. Broder, Esq.<br>350 Fifth Avenue<br>New York, New York 10001<br><br>ROHN FRANK DRYE, JR. (C-32)<br>H. Clay Robinson, Esquire<br>Executive Bldg.<br>104 North 13th Street<br>Fort Smith, Arkansas  72901<br><br>Issac N. Groner, Esq.<br>Raymond D. Battochi, Esq.<br>1730 K Street, N.W.<br>Washington, D.C.  20006<br><br>GREGORY GMEREK (C-33)<br>Wiley J. Barbour, Esq.<br>Henry, Barbour & DeCell<br>P.O. Box 960<br>Yazoo City, Miss.  39194<br><br>Evans W. North, Esq.<br>Speiser, Krause & Madole<br>1216 16th St., N.W.<br>Washington, D.C.  20036 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ -- _____

<u>Motion for remand</u>

ALBERT ZIEGENBEIN (C-25)
PATRICIA DILLENSEGER (A-1)
<u>AUDREY DONEY daCruz (C-30)</u>
F. Lee Bailey, Esq.
Aaron J. Broder, Esq.
350 Fifth Ave.
New York, New York  10001